UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br><br>                    Plaintiffs,<br><br>    v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br><br>                    Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFFS PUGET SOUND SECURITY, INC., PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., FIREARMS ACADEMY OF SEATTLE, INC., AND SECOND AMENDMENT FOUNDATION** |

COMPLAINT - 1

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Pursuant to Rule 7.1(a), Plaintiffs submit the following corporate disclosures:

Plaintiff PUGET SOUND SECURITY, INC., states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Plaintiff PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Plaintiff FIREARMS ACADEMY OF SEATTLE, INC., states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Plaintiff SECOND AMENDMENT FOUNDATION states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

COMPLAINT - 2

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 30th day of December, 2014.

                    CORR CRONIN MICHELSON
                    BAUMGARDNER FOGG & MOORE LLP

                    */s/ Steven W. Fogg*
                    Steven W. Fogg, WSBA No. 23528
                    David B. Edwards, WSBA No. 44680
                    1001 Fourth Avenue, Suite 3900
                    Seattle, Washington 98154
                    Tel: (206) 625-8600
                    Fax: (206) 625-0900
                    Email:    sfogg@corrcronin.com
                                  dedwards@corrcronin.com

                    Mikolaj T. Tempski, WSBA No. 42896
                    Tempski Law Firm, PS
                    40 Lake Bellevue Dr., Suite 100
                    Bellevue, WA 98005
                    Email:    miko@tempskilaw.com

                         Attorneys for Plaintiffs

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE** LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900