### UNITED STATE DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| NORTHWEST SCHOOL OF SAFETY, et al., | ) | **Affidavit of Service** |
| | ) | **No. C14-6026BHS** |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOB FERGUSON, Attorney General of Washington | ) | |
|     (in his official capacity), et al., | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

On Wednesday, January 7, 2015, at 10:05a.m., at the address of 1125 Washington Street SE, Olympia, WA 98504, the following documents were served on Bob Ferguson, Attorney General, by then and there personally delivering a true and correct copy therof and placing the same into the hands of Isaac Williamson, Assistant Attorney General; Summons (Bob Ferguson, Attorney General of Washington, in his official capacity); Complaint; Corporate Disclosure Statement; Minute Order Regarding Discovery and Depositions; Order Regarding Initital Disclosure, Joint Status Report, and Early Settlement.

_____
Richard Newland   King County

SUBSCRIBED AND SWORN to before me
this 19ᵗʰ day of JANUARY, 2015.

_____
NOTARY PUBLIC in and for the State
of Washington
Residing at: SEATTLE, WN
My commission expires: 8/29/17