**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| NORTHWEST SCHOOL OF SAFETY, et al., | ) | **Affidavit of Service** |
| | ) | **No. C14-6026BHS** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOB FERGUSON, Attorney General of Washington | ) | |
| (in his official capacity), et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

On Wednesday, January 7, 2015, at 10:05a.m., at the address of 1125 Washington Street SE, Olympia, WA 98504, the following documents were served on Washington Attorney General's Office, by then and there personally delivering a true and correct copy therof and placing the same into the hands of Isaac Williamson, Assistant Attorney General; Summons (Washington Attorney General's Office); Complaint; Corporate Disclosure Statement; Minute Order Regarding Discovery and Depositions; Order Regarding Initial Disclosure, Joint Status Report, and Early Settlement.

Richard Newland   King County

SUBSCRIBED AND SWORN to before me
this 19ᵗ day of January, 2015.

NOTARY PUBLIC in and for the State
of Washington
Residing at: Seatle, WA
My commission expires: 8/29/17

F. A. KEENER
COMMISSION EXPIRES
NOTARY
PUBLIC
8-29-17
STATE OF WASHINGTON