UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, et al., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BOB FERGUSON, Attorney General of Washington )<br>   (in his official capacity), et al., )<br>)<br>   Defendant. )<br>_____ ) | **Affidavit of Service**<br>**No. C14-6026BHS** |

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

On Wednesday, January 7, 2015, at 10:18 a.m., at the address of 121 210 11th Avenue SE, Olympia, WA 98504, the following documents were served on John Batiste, WSP Chief, by then and there personally delivering a true and correct copy therof and placing the same into the hands of Christine Lavelle, RMD; Summons (John R. Batiste, Chief of The Washington State Patrol in his official capacity); Complaint; Corporate Disclosure Statement; Minute OrderRegarding Discovery and Depositions; Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.

Signature obtained.

_____
Richard Newland   King County

SUBSCRIBED AND SWORN to before me
this __19__ day of __JANUARY__, 2015.

_____
NOTARY PUBLIC in and for the State
of Washington
Residing at: __SEATTLE, WA__
My commission expires: __8/29/17__