Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFICA NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br><br>Defendants. | No. 3:14-cv-6026 BHS<br><br>DECLARATION OF CHERYL STUMBO IN SUPPORT OF CHERYL STUMBO, WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY, AND EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594'S MOTION TO INTERVENE |

DECLARATION OF CHERYL STUMBO IN SUPPORT OF
STUMBO, WAGR, AND EVERYTOWN'S MOTION TO
INTERVENE - 1
Case No. 3:14-cv-6026 BHS

20085 00004 eb135d07df.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

I, CHERYL STUMBO, declare as follows:

1. I am over the age of 18, am competent to testify, and offer this declaration based on my personal knowledge.

2. I am a survivor of gun violence and an advocate for gun safety laws. On July 28, 2006, I was critically injured when a mentally unstable gunman entered the offices of the Jewish Federation of Greater Seattle and shot me and five of my co-workers, killing one person. I was shot in the abdomen at point-blank range. I recovered after undergoing more than 20 surgeries over three years.

3. Since my recovery, I have dedicated myself to preventing gun violence. In that capacity, I have worked to pass reforms to Washington's gun laws, particularly with respect to closing the background check loophole.

4. I am currently employed as an outreach associate with Everytown for Gun Safety Action Fund, the nation's largest gun violence prevention organization. In that capacity, I work to engage gun violence survivors and others in fighting for common-sense gun laws.

5. I served as the official Citizen-Sponsor of Initiative 594 ("I-594" or "Initiative").

6. I worked closely with the Washington Alliance for Gun Responsibility ("WAGR") and Everytown for Gun Safety Action Fund for I-594 ("Everytown for I-594") in sponsoring and campaigning for I-594's passage. On July 1, 2013, I, along with WAGR, filed an appeal of the Washington Attorney General's proposed ballot title for I-594. The matter was fully briefed and the trial court heard oral argument prior to ruling.

7. I worked with WAGR and Everytown for I-594 during the 2014 legislative session to have the Legislature approve I-594, including presenting testimony to the Legislature

DECLARATION OF CHERYL STUMBO IN SUPPORT OF
STUMBO, WAGR, AND EVERYTOWN'S MOTION TO
INTERVENE - 2
Case No. 3:14-cv-6026 BHS

20085 00004 eb135d07df.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

on the importance of closing the background check loophole. When the Initiative was placed on the November 4, 2014 general election ballot, I worked closely with WAGR and Everytown for I-594 in running the campaign to pass I-594. This included fundraising, speaking at public events and debates, and assisting WAGR and Everytown for I-594 in media interaction and get-out-the-vote efforts.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED this 20th day of February, 2015, signed in Seattle, Washington.

_____
CHERYL STUMBO

DECLARATION OF CHERYL STUMBO IN SUPPORT OF
STUMBO, WAGR, AND EVERYTOWN'S MOTION TO
INTERVENE - 3
Case No. 3:14-cv-6026 BHS

20085 00004 eb135d07df.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE (206) 245 1700
FACSIMILE (206) 245 1750

## CERTIFICATE OF SERVICE

I hereby certify that on this  23rd  day of February, 2015, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

David B. Edwards
Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051
Phone: 206.625.8600
Email: dedwards@corrcronin.com
Email: sfogg@corrcronin.com

*Attorneys for Plaintiffs*

Mikolaj T. Tempski
Tempski Law Firm PS
40 Lake Bellevue
Suite 100
Bellevue, WA 98005
Phone: 425.998.6203
Email: Miko@TempskiLaw.com

*Attorneys for Plaintiffs*

Jeffrey T. Evan
Noah Purcell
R. July Simpson
Rebecca Ripoli Glasgow
Solicitor General
Washington State Attorney General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Phone: 360-753-6200
Email: noahp@atg.wa.gov
Email: jeffe@atg.wa.gov
Email: RJulyS@atg.wa.gov
Email: RebeccaG@atg.wa.gov

*Attorneys for Defendants*

Signed at Seattle, Washington this  23rd  day of February, 2015.

_____
Dawn M. Taylor

DECLARATION OF CHERYL STUMBO IN SUPPORT OF STUMBO, WAGR, AND EVERYTOWN'S MOTION TO INTERVENE - 4
Case No. 3:14-cv-6026 BHS

20085 00004 eb135d07df.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500