Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFICA NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br><br>                Plaintiffs,<br><br>   v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br><br>                Defendants. | No. 3:14-cv-6026 BHS<br><br>DECLARATION OF TARA PAONE IN SUPPORT OF CHERYL STUMBO, WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY, AND EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594'S MOTION TO INTERVENE AS DEFENDANTS |

DECLARATION OF TARA PAONE IN SUPPORT OF STUMBO, WAGR, AND EVERYTOWN'S MOTION TO INTERVENE - 1
Case No. 3:14-cv-6026 BHS

20085 00004 eb135g073x.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

I, Tara Paone, declare as follows:

1. I am over the age of 18, am competent to testify, and offer this declaration based on my personal knowledge.

2. I am the President of Everytown for Gun Safety Action Fund for I-594 ("Everytown for I-594"). Everytown for I-594 is a Washington State ballot committee registered with the Washington State Public Disclosure Commission and established to support passage of Initiative 594.

3. Everytown for I-594 was formed in July 2014 by Everytown for Gun Safety Action Fund, the nation's largest gun violence prevention organization, which fights for public safety measures that both respect the Second Amendment and improve public safety.

4. Everytown for I-594 was formed in order to provide 45,000 grassroots supporters and 27 mayors in Washington State an avenue to help pass I-594 and save lives by requiring all Washingtonians to undergo the same background check when buying a gun.

5. Everytown for I-594 worked closely with WAGR and Ms. Stumbo in spearheading the campaign to pass I-594, collecting funds and in-kind donations to support the campaign, enlist grassroots support, and mobilize voters. Everytown for I-594 engaged Washington residents by knocking on doors and making thousands of phone calls; in the final three weeks of the campaign alone, the committee supported more than 300 volunteer shifts, and generated more than 15,000 total canvassing attempts, including phone calls and door knocks.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DECLARATION OF TARA PAONE IN SUPPORT OF
STUMBO, WAGR, AND EVERYTOWN'S MOTION TO
INTERVENE - 2
Case No. 3:14-cv-6026 BHS

20085 00004 eb135g073x.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

DATED this 20 day of February, 2015, signed in New York, New York.

_____
Tara Paone

DECLARATION OF TARA PAONE IN SUPPORT OF
STUMBO, WAGR, AND EVERYTOWN'S MOTION TO
INTERVENE - 3
Case No. 3:14-cv-6026 BHS

20085 00004 eb135g073x.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2015, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

David B. Edwards
Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051
Phone: 206.625.8600
Email: dedwards@corrcronin.com
Email: sfogg@corrcronin.com

*Attorneys for Plaintiffs*

Mikolaj T. Tempski
Tempski Law Firm PS
40 Lake Bellevue
Suite 100
Bellevue, WA 98005
Phone: 425.998.6203
Email: Miko@TempskiLaw.com

*Attorneys for Plaintiffs*

Jeffrey T. Evan
Noah Purcell
R. July Simpson
Rebecca Ripoli Glasgow
Solicitor General
Washington State Attorney General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Phone: 360-753-6200
Email: noahp@atg.wa.gov
Email: jeffe@atg.wa.gov
Email: RJulyS@atg.wa.gov
Email: RebeccaG@atg.wa.gov

*Attorneys for Defendants*

Signed at Seattle, Washington this 23rd day of February, 2015.

_____
Dawn M. Taylor

DECLARATION OF TARA PAONE IN SUPPORT OF
STUMBO, WAGR, AND EVERYTOWN'S MOTION TO
INTERVENE - 4
Case No. 3:14-cv-6026 BHS

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

20085 00004 eb135g073x.002