Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFICA NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br><br>Defendants. | No. 3:14-cv-6026 BHS<br><br>[PROPOSED] ORDER GRANTING CHERYL STUMBO, WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY, AND EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594'S MOTION TO INTERVENE AS DEFENDANTS |

[PROPOSED] ORDER GRANTING STUMBO, WAGR, AND
EVERYTOWN'S MOTION TO INTERVENE - 1
Case No. 3:14-cv-6026 BHS

20085 00004 eb114k07hb

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

THIS MATTER came before the Court on Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594's (collectively, "Proposed Intervenors'") Motion to Intervene as Defendants ("Motion"). The Court has considered the papers and pleadings filed herein, including the following:

1. Proposed Intervenors' Motion;
2. Declaration of Cheryl Stumbo in Support of the Motion;
3. Declaration of Zach Silk in Support of the Motion;
4. Declaration of Tara Paone in Support of the Motion;
5. Intervenor-Defendants' Answer to Complaint (Proposed);
6. Plaintiffs' Opposition and supporting declarations, if any;
7. Proposed Intervenors' Reply in Support of their Motion, if any;
8. _____

Based on the above, the Court ORDERS as follows:

1. Proposed Intervenors' Motion to Intervene as Defendants is GRANTED.

DATED this _____ day of _____, 2015.

_____
The Honorable Benjamin Settle

[PROPOSED] ORDER GRANTING STUMBO, WAGR, AND EVERYTOWN'S MOTION TO INTERVENE - 2
Case No. 3:14-cv-6026 BHS

20085 00004 eb114k07hb

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

Presented by:

PACIFICA LAW GROUP LLP

By /s/ Gregory J. Wong
   Paul J. Lawrence, WSBA #13557
   Gregory J. Wong, WSBA # 39329
   Sarah S. Washburn, WSBA # 44418

Attorneys for Proposed Intervenors
Cheryl Stumbo, Washington Alliance
for Gun Responsibility, and Everytown
for Gun Safety Action Fund for I-594

[PROPOSED] ORDER GRANTING STUMBO, WAGR, AND
EVERYTOWN'S MOTION TO INTERVENE - 3
Case No. 3:14-cv-6026 BHS

20085 00004 eb114k07hb

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2015, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

David B. Edwards
Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051
Phone: 206.625.8600
Email: dedwards@corrcronin.com
Email: sfogg@corrcronin.com

*Attorneys for Plaintiffs*

Mikolaj T. Tempski
Tempski Law Firm PS
40 Lake Bellevue
Suite 100
Bellevue, WA 98005
Phone: 425.998.6203
Email: Miko@TempskiLaw.com

*Attorneys for Plaintiffs*

Jeffrey T. Evan
Noah Purcell
R. July Simpson
Rebecca Ripoli Glasgow
Solicitor General
Washington State Attorney General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Phone: 360-753-6200
Email: noahp@atg.wa.gov
Email: jeffe@atg.wa.gov
Email: RJulyS@atg.wa.gov
Email: RebeccaG@atg.wa.gov

*Attorneys for Defendants*

Signed at Seattle, Washington this 23rd day of February, 2015.

_____
Dawn M. Taylor

[PROPOSED] ORDER GRANTING STUMBO, WAGR, AND EVERYTOWN'S MOTION TO INTERVENE - 4
Case No. 3:14-cv-6026 BHS

20085 00004 eb114k07hb

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750