Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFICA NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,

    Plaintiffs,

v.

BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,

    Defendants.

No. 3:14-cv-6026 BHS

WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY'S CORPORATE DISCLOSURE STATEMENT

WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY'S
CORPORATE DISCLOSURE STATEMENT - 1
Case No. 3:14-cv-6026 BHS

20085 00004 eb17g607js.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1, Washington Alliance for Gun Responsibility ("WAGR") hereby submits its Corporate Disclosure Statement:

WAGR is an unincorporated association with no corporate members. WAGR has no parent corporation and no publicly held corporation owns more than 10% of its stock (it has no stock), and it is not a joint venture or limited liability corporation (LLC), partnership or limited liability partnership (LLP).

DATED this 23rd day of February, 2015.

                                PACIFICA LAW GROUP LLP

                                By /s/ Gregory J. Wong
                                   Paul J. Lawrence, WSBA #13557
                                   Gregory J. Wong, WSBA # 39329
                                   Sarah S. Washburn, WSBA # 44418
                               Attorneys for Intervenors Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594

WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY'S
CORPORATE DISCLOSURE STATEMENT - 2
Case No. 3:14-cv-6026 BHS

20085 00004 eb17g607js.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2015, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

David B. Edwards
Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051
Phone: 206.625.8600
Email: dedwards@corrcronin.com
Email: sfogg@corrcronin.com

Mikolaj T. Tempski
Tempski Law Firm PS
40 Lake Bellevue
Suite 100
Bellevue, WA 98005
Phone: 425.998.6203
Email: Miko@TempskiLaw.com

*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*

Jeffrey T. Evan
Noah Purcell
R. July Simpson
Rebecca Ripoli Glasgow
Solicitor General
Washington State Attorney General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Phone: 360-753-6200
Email: noahp@atg.wa.gov
Email: jeffe@atg.wa.gov
Email: RJulyS@atg.wa.gov
Email: RebeccaG@atg.wa.gov

*Attorneys for Defendants*

Signed at Seattle, Washington this 23rd day of February, 2015.

_____
Dawn M. Taylor

WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY'S
CORPORATE DISCLOSURE STATEMENT - 3
Case No. 3:14-cv-6026 BHS

20085 00004 eb17g607js.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750