Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFICA NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br><br>Defendants. | No. 3:14-cv-6026 BHS<br><br>EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594'S CORPORATE DISCLOSURE STATEMENT |

EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594'S CORPORATE DISCLOSURE STATEMENT - 1
Case No. 3:14-cv-6026 BHS

20085 00004 eb17gb07q8.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

Pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1, Everytown for Gun Safety Action Fund for I-594 ("Everytown for I-594") hereby submits its Corporate Disclosure Statement:

Everytown for I-594 is a non-profit corporation organized under section 501(c)(4) of the Internal Revenue Code. Everytown for I-594 has no parent corporation and no publicly held corporation owns more than 10% of its stock (it has no stock), and it is not a joint venture or limited liability corporation (LLC), partnership or limited liability partnership (LLP), or unincorporated association.

DATED this 23rd day of February, 2015.

PACIFICA LAW GROUP LLP

By /s/ Gregory J. Wong
   Paul J. Lawrence, WSBA #13557
   Gregory J. Wong, WSBA # 39329
   Sarah S. Washburn, WSBA # 44418
Attorneys for Intervenors Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594

EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594'S CORPORATE DISCLOSURE STATEMENT - 2
Case No. 3:14-cv-6026 BHS

20085 00004 eb17gb07q8.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2015, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

David B. Edwards
Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece
1001 4th Avenue
Suite 3900
Seattle, WA 98154-1051
Phone: 206.625.8600
Email: dedwards@corrcronin.com
Email: sfogg@corrcronin.com

Mikolaj T. Tempski
Tempski Law Firm PS
40 Lake Bellevue
Suite 100
Bellevue, WA 98005
Phone: 425.998.6203
Email: Miko@TempskiLaw.com

*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*

Jeffrey T. Evan
Noah Purcell
R. July Simpson
Rebecca Ripoli Glasgow
Solicitor General
Washington State Attorney General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Phone: 360-753-6200
Email: noahp@atg.wa.gov
Email: jeffe@atg.wa.gov
Email: RJulyS@atg.wa.gov
Email: RebeccaG@atg.wa.gov

*Attorneys for Defendants*

Signed at Seattle, Washington this 23rd day of February, 2015.

_____
Dawn M. Taylor

EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594'S CORPORATE DISCLOSURE STATEMENT - 3
Case No. 3:14-cv-6026 BHS

20085 00004 eb17gb07q8.002

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500