# UNITED STATES DISTRICT COURT
для the

Western District of Washington

| | |
|---|---|
| Northwest School of Safety, et al. <br> *Plaintiff* <br> v. <br> Bob Ferguson, et al. <br> *Defendant* | ) ) ) ) ) Case No. 3:14-cv-6026 BHS |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendants Stumbo, Washington Alliance for Gun Responsibility and Everytown for Gun Safety.

Date: 02/24/2015

/s/ Sarah S. Washburn
*Attorney's signature*

Sarah S. Washburn, 44418
*Printed name and bar number*

Pacifica Law Group LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101
*Address*

Sarah.washburn@pacificalawgroup.com
*E-mail address*

(206) 245-1747
*Telephone number*

(206) 245-1797
*FAX number*