The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, A Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization, <br><br>  Plaintiffs, <br><br>  v. <br><br> BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V, <br><br>  Defendants. | NO. 3:14-cv-6026 BHS <br><br> [PROPOSED] ORDER GRANTING MOTION TO DISMISS |

This matter having come before the Court on State's Motion to Dismiss, and good cause appearing, therefor,

[PROPOSED] ORDER GRANTING MOTION TO DISMISS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

1    IT IS HEREBY ORDERED that the State's Motion to Dismiss is hereby granted and
2  the Plaintiffs' suit is dismissed.
3    DATED this _____ day of _____, 2015.

_____
The Honorable Benjamin H. Settle
United States District Judge

Presented by:

ROBERT W. FERGUSON
  *Attorney General*

NOAH G. PURCELL, WSBA # 43492
  *Solicitor General*

s/ R. July Simpson
R. JULY SIMPSON, WSBA #45869
  *Assistant Attorney General*

JEFFREY T. EVEN, WSBA #20367
  *Deputy Solicitor General*

REBECCA R. GLASGOW, WSBA #32886
  *Deputy Solicitor General*

PO Box 40100
Olympia, WA  98504-0100
360-753-6200

Counsel for Bob Ferguson, Washington Attorney General's Office and John R. Batiste

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I certify, under penalty of perjury under the laws of the state of Washington, that I electronically filed a true and correct copy of the foregoing document with the United States District Court ECF system, which will send notification of the filing to the following:

David B. Edwards
Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051
Phone: 206.625.8600
dedwards@corrcronin.com
sfogg@corrcronin.com

Mikolaj T. Tempski
Tempski Law Firm PS
40 Lake Bellevue, Suite 100
Bellevue, WA 98005
Phone: 425.998.6203
Email: Miko@TempskiLaw.com

Gregory J. Wong
Paul J. Lawrence
Sarah S. Washburn
Pacifica Law Group, LLP
1191 Second Avenue, Suite 2000
Seattle Washington 98101-3404
paul.lawrence@pacificalawgroup.com
greg.wong@pacificalawgroup.com
sarah.washburn@pacificalawgroup.com

DATED this 5th day of March 2015, at Olympia, Washington.

s/ Stephanie N. Lindey
STEPHANIE N. LINDEY
Legal Secretary