THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br><br>Defendants. | Case No. 3:14-cv-06026 BHS<br><br>**ORDER DENYING CHERYL STUMBO, WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY, AND EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594'S MOTION TO INTERVENE AS DEFENDANTS**<br><br>[PROPOSED] |

ORDER DENYING MOTION TO INTERVENE AS
DEFENDANTS [PROPOSED] - 1
Case No. 3:14-cv-6026 BHS

Corr Cronin Michelson
Baumgardner Fogg & Moore LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

THIS MATTER having come before the Court on Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594's Motion to Intervene as Defendants, and the Court having considered the materials filed on this issue, including:

1. Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594's Motion to Intervene as Defendants;

2. Declaration of Cheryl Stumbo in Support of Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594's Motion to Intervene as Defendants;

3. Declaration of Zach Silk in Support of Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594's Motion to Intervene as Defendants;

4. Declaration of Tara Paone in Support of Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594's Motion to Intervene as Defendants;

5. Plaintiffs' Response to Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594's Motion to Intervene as Defendants;

6. Declaration of Steven W. Fogg in Support of Plaintiffs' Response to Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594's Motion to Intervene as Defendants;

7. _____;

8. _____;

9. _____;

ORDER DENYING MOTION TO INTERVENE AS DEFENDANTS [PROPOSED] - 2
Case No. 3:14-cv-6026 BHS

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

10. _____;

11. _____;

12. _____;

13. _____; and

14. _____.

IT IS HEREBY ORDERED that Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594's Motion to Intervene as Defendants is DENIED.

DATED this _____ day of _____, 2015.

_____
HONORABLE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

　　　*/s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
David B. Edwards, WSBA No. 44680
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Tel: (206) 625-8600
Fax: (206) 625-0900
Email: sfogg@corrcronin.com
　　　　dedwards@corrcronin.com

Mikolaj T. Tempski, WSBA No. 42896
Tempski Law Firm, PS
40 Lake Bellevue Dr., Suite 100
Bellevue, WA 98005
Email: miko@tempskilaw.com
*Attorneys for Plaintiffs*

ORDER DENYING MOTION TO INTERVENE AS
DEFENDANTS [PROPOSED] - 3
Case No. 3:14-cv-6026 BHS

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900