THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br><br>Defendants. | Case No. 3:14-cv-06026 BHS<br><br>DECLARATION OF STEVEN W. FOGG IN SUPPORT OF PLAINTIFFS' RESPONSE TO CHERYL STUMBO, WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY, AND EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594'S MOTION TO INTERVENE AS DEFENDANTS |

DECLARATION OF STEVEN W. FOGG IN SUPPORT OF
PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE - 1
Case No. 3:14-cv-6026 BHS

Corr Cronin Michelson
Baumgardner Fogg & Moore llp
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  Steven W. Fogg declares as follows:

2      1.    I am an attorney at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys of record for Plaintiffs in the above-captioned matter. I am over eighteen years of age, competent to testify and submit this declaration based upon personal knowledge in support of Plaintiffs' Response to Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594's Motion to Intervene as Defendants.

    2.    A true and correct copy of a mass email sent by the Washington Alliance for Gun Responsibility on February 23, 2015 is attached as Exhibit A.

    3.    A true and correct copy of a mass email sent by the Washington Alliance for Gun Responsibility on February 28, 2015 is attached as Exhibit B.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 9th day of March, 2015, at Seattle, Washington.

        /s/ Steven W. Fogg
        Steven W. Fogg, WSBA No. 23528

DECLARATION OF STEVEN W. FOGG IN SUPPORT OF
PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE - 2
Case No. 3:14-cv-6026 BHS

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

The undersigned certifies as follows:

1. I am employed at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys for Plaintiffs herein.

2. On March 9, 2015, I filed the foregoing document through the Court's ECF service which will send notification of filing to the following parties indicated below:

| | |
|---|---|
| Noah G. Purcell, WSBA No. 43492<br>*Solicitor General*<br>noahp@atg.wa.gov<br>R. July Simpson, WSBA No. 45869<br>*Assistant Attorney General*<br>RJulyS@atg.wa.gov<br>Jeffrey T. Even, WSBA No. 20367<br>*Deputy Solicitor General*<br>jeffe@atg.wa.gov<br>Rebecca R. Glasgow, WSBA No. 32886<br>*Deputy Solicitor General*<br>RebeccaG@atg.wa.gov<br>Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>*Attorneys for Defendants*<br>**By Email & U.S. Mail** | Paul J. Lawrence<br>Gregory J. Wong<br>Sarah S. Washburn<br>Pacifica Law Group LLP<br>1191 Second Avenue, Ste 2000<br>Seattle, WA 98101-3404<br>Paul.lawrence@pacificalawgroup.com<br>Greg.wong@pacificalawgroup.com<br>Sarah.washburn@pacificalawgroup.com<br>**By Email & U.S. Mail** |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: March 9, 2015, at Seattle, Washington.

/s/ Gina Chan
Gina Chan

DECLARATION OF STEVEN W. FOGG IN SUPPORT OF
PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE - 3
Case No. 3:14-cv-6026 BHS

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900