# EXHIBIT A

Declaration of Steven W Fogg - 4

It's official, ■■■■ -- We're in.

We have formally filed papers to intervene in the gun lobby's frivolous lawsuit against I-594 – the background check initiative that we all helped pass.

If the court grants our request, we will stand shoulder-to-shoulder with the Attorney General to defend the law. We know this law better than anyone because we've spent nearly two years making the case to the people of Washington and defending it against the gun lobby's arguments.

**We're putting the gloves back on and taking on the gun lobby again.**

We knew this day could come. The gun lobby is a powerful and relentless force in our politics, and they're determined to overturn Initiative 594 and crush our movement to help prevent gun violence and save lives in Washington.

**We defeated them at the ballot box, and I know that we can defeat them in court** – but it's up to all of us to join in the fight.

<u>**Make a donation right now. Let's build the 594 Legal Defense Fund. Join the fight!**</u>

Stay tuned. We're just getting started.

*Zach*



**SUPPORT OUR LEGAL DEFENSE FUND**

*FEBRUARY GOAL: $35,000*

20%



STAND UP TO THE GUN LOBBY **DONATE NOW**

---

Paid for by Paid for by Washington Alliance for Gun Responsibility, PO Box 21712 Seattle, WA 98111.

---

This email was sent by **Washington Alliance for Gun Responsibility**, PO Box 21712, Seattle, WA 98111.

Email is an important way for us to keep supporters like you informed about critical issues and to build a winning grassroots campaign. If you no longer want to hear from Washington Alliance for Gun Responsibility, click here to get off all our lists instantly. Questions or concerns? **Contact us here**.

2

Declaration of Steven W Fogg - 6

# EXHIBIT B

Declaration of Steven W Fogg - 7

From: "Stephanie Ervin, Washington Alliance for Gun Responsibility"
<info@wagunresponsibility.org<mailto:info@wagunresponsibility.org><mailto:info@wagunresponsibility.org>>
Date: February 28, 2015 at 11:19:44 AM EST
To: ███████████████████████████████████
Subject: So sue us. We mean it.

[http://action.wagunresponsibility.org/page/-/Email%20Images/emaillogo.png]<http://action.wagunresponsibility.org/page/m/737623ca/2efcbeb/6c26f43a/7119886e/1165789205/VEsH/>

[http://files.mandatemail.com/media/uploads/wagr/wagr.thermometer.80.jpg]<http://action.wagunresponsibility.org/page/m/737623ca/2efcbeb/6c26f43a/71198869/1165789205/VEsE/>Friends --

Getting sued is no fun. Most people try to avoid it. But not us. In fact, we've asked to join the people of Washington as co-defendants in the gun lobby's lawsuit attacking Initiative 594 — our new universal background checks law.

Why'd we do it? Because 594 is keeping guns out of the hands of criminals. And it's making our communities safer. We've spent the last two years fighting to pass the initiative and defending the initiative against the gun lobby's attacks.

And we know how to beat them.

Make a donation right now. Join the fight!<http://action.wagunresponsibility.org/page/m/737623ca/2efcbeb/6c26f43a/71198869/1165789205/VEsF/>

We're asking grassroots supporters to raise $35,000 by the end of the month — that's midnight tonight — to help us build the 594 Legal Defense Fund. This is going to be tough fight, and we need all hands on deck.

We're getting close to hitting the goal, but we're almost out of time. Chip in a donation right now, and let's show the gun lobby that we won't back down!<http://action.wagunresponsibility.org/page/m/737623ca/2efcbeb/6c26f43a/71198869/1165789205/VEsC/>

Let's do this!

Stephanie


Paid for by Washington Alliance for Gun Responsibility, PO Box 21712 Seattle, WA 98111.

    This email was sent by Washington Alliance for Gun Responsibility<http://action.wagunresponsibility.org/page/m/737623ca/2efcbeb/6c26f43a/7119886e/1165789205/VEsD/>, PO Box 21712, Seattle, WA 98111.

Declaration of Steven W Fogg - 8                    1

Email is an important way for us to keep supporters like you informed about critical issues and to build a winning grassroots campaign. If you no longer want to hear from Washington Alliance for Gun Responsibility, get off all our lists instantly.<http://action.wagunresponsibility.org/page/m/737623ca/2efcbeb/6c26f43a/71198868/1165789205/VEsA/p/eyJKU1ZGVFVGSIRDVWwiOiJwaGlsaXBsai53YXRzb25AZ21haWwuY29tIn0=/> Questions or concerns? Contact us here<http://action.wagunresponsibility.org/page/m/737623ca/2efcbeb/6c26f43a/7119886b/1165789205/VEsB/>.

2

Declaration of Steven W Fogg - 9