# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| Northwest School of Safety, et al.<br>*Plaintiff*<br>v.<br>Bob Ferguson, et al.<br>*Defendant* | )<br>)<br>) Case No. 3:14-cv-6026 BHS<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendants Stumbo, Washington Alliance for Gun Responsibility and Everytown for Gun Safety.

Date: 03/06/2015

/s/ Paul J. Lawrence
*Attorney's signature*

Paul J. Lawrence, 13557
*Printed name and bar number*

Pacifica Law Group LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101

*Address*

Paul.lawrence@pacificalawgroup.com
*E-mail address*

(206) 245-1700
*Telephone number*

(206) 245-1756
*FAX number*