THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br><br>Defendants. | Case No. 3:14-cv-06026 BHS<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>**[PROPOSED]** |

ORDER DENYING DEFENDANTS' MOTION TO DISMISS
[PROPOSED] - 1
Case No. 3:14-cv-6026 BHS

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  THIS MATTER having come before the Court on Defendants' Motion to Dismiss, and
2  the Court having considered the materials filed on this issue, including:
3      1.    Defendants' Motion to Dismiss;
4      2.    Plaintiffs' Response to Defendants' Motion to Dismiss;
5      3.    _____;
6      4.    _____; and
7      5.    _____.
8  IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is DENIED, in part, as
9  to Defendants' challenges to Plaintiffs' standing; and
10 IT IS HEREBY FURTHER ORDERED that Defendants' Motion to Dismiss is
11 GRANTED, in part, as to all claims against the Washington Attorney General's Office and all
12 state law claims, which are dismissed without prejudice.
13 DATED this _____ day of _____, 2015.

_____
HONORABLE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

_s/ David Edwards_
Steven W. Fogg, WSBA No. 23528
David B. Edwards, WSBA No. 44680
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Tel: (206) 625-8600
Fax: (206) 625-0900

ORDER DENYING DEFENDANTS' MOTION TO DISMISS
[PROPOSED] - 2
Case No. 3:14-cv-6026 BHS

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  Email: sfogg@corrcronin.com
          dedwards@corrcronin.com
2
3  Mikolaj T. Tempski, WSBA No. 42896
   Tempski Law Firm, PS
4  40 Lake Bellevue Dr., Suite 100
   Bellevue, WA 98005
5  Email: miko@tempskilaw.com
   **Attorneys for Plaintiffs**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER DENYING DEFENDANTS' MOTION TO DISMISS
[PROPOSED] - 3
Case No. 3:14-cv-6026 BHS

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900