Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BOB FERGUSON, *et al.*,<br><br>　　　　　　　　　　Defendants,<br>　and<br><br>CHERYL STUMBO, *et al.*,<br><br>　　　　　　　　Intervenor-Defendants. | No. 3:14-cv-6026 BHS<br><br>INTERVENOR-DEFENDANTS' JOINDER IN DEFENDANTS' MOTION TO DISMISS |

In view of this Court's Order of today (Dkt. No. 29) granting the motion to intervene filed by Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594 ("Intervenor-Defendants"), notice is hereby given that Intervenor-Defendants join in the State Defendants' Motion to Dismiss (Dkt. No. 23) and respectfully request that the Court dismiss Plaintiffs' claims in their entirety.

///

INTERVENOR-DEFENDANTS' JOINDER IN DEFENDANTS'
MOTION TO DISMISS - 1
(Cause No. 3:14-cv-6026 BHS)

20085 00004 ec232604ty

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1     DATED this 23rd day of March, 2015.

PACIFICA LAW GROUP, LLP

By */s/ Gregory J. Wong*
    Paul J. Lawrence, WSBA #13557
    Greg J. Wong, WSBA # 39329
    Sarah S. Washburn, WSBA # 44418

Attorneys for Intervenor-Defendants Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594

INTERVENOR-DEFENDANTS' JOINDER IN DEFENDANTS'
MOTION TO DISMISS - 2
(Cause No. 3:14-cv-6026 BHS)

20085 00004 ec232604ty

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2015, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

David B. Edwards
Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051
Phone: 206.625.8600
Email: dedwards@corrcronin.com
Email: sfogg@corrcronin.com

*Attorneys for Plaintiffs*

Mikolaj T. Tempski
Tempski Law Firm PS
40 Lake Bellevue, Suite 100
Bellevue, WA 98005
Phone: 425.998.6203
Email: Miko@TempskiLaw.com

*Attorneys for Plaintiffs*

Jeffrey T. Evan
Noah Purcell
R. July Simpson
Rebecca Ripoli Glasgow
Solicitor General
Washington State Attorney General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Phone: 360-753-6200
Email: noahp@atg.wa.gov
Email: jeffe@atg.wa.gov
Email: RJulyS@atg.wa.gov
Email: RebeccaG@atg.wa.gov

*Attorneys for Defendants*

Signed at Seattle, Washington this 23rd day of March, 2015.

_____
Sydney Henderson

INTERVENOR-DEFENDANTS' JOINDER IN DEFENDANTS'
MOTION TO DISMISS - 3
(Cause No. 3:14-cv-6026 BHS)

20085 00004 ec232604ty

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500