Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BOB FERGUSON, *et al.*,<br><br>　　　　　　　　　　Defendants,<br>　and<br><br>CHERYL STUMBO, *et al.*,<br><br>　　　　　　　　　Intervenor-Defendants. | No. 3:14-cv-6026 BHS<br><br>INTERVENOR-DEFENDANTS' JOINDER IN DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS |

Intervenor-Defendants Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594 join in the State Defendants' Reply in Support of Motion to Dismiss (Dkt. No. 32) and respectfully request that the Court dismiss Plaintiffs' claims in their entirety.

///

///

INTERVENOR-DEFENDANTS' JOINDER IN DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS - 1
(Cause No. 3:14-cv-6026 BHS)

20085 00004 ec274x17qp

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

1  DATED this 27th day of March, 2015.

2

3  PACIFICA LAW GROUP, LLP

4  By */s/ Gregory J. Wong*
    Paul J. Lawrence, WSBA #13557
5      Greg J. Wong, WSBA # 39329
    Sarah S. Washburn, WSBA # 44418
6

7  Attorneys for Intervenor-Defendants Cheryl Stumbo, Washington Alliance for Gun Responsibility, and Everytown for Gun Safety Action Fund for I-594
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

INTERVENOR-DEFENDANTS' JOINDER IN DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS - 2
(Cause No. 3:14-cv-6026 BHS)

20085 00004 ec274x17qp

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2015, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

David B. Edwards
Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051
Email: dedwards@corrcronin.com
Email: sfogg@corrcronin.com

*Attorneys for Plaintiffs*

Jeffrey T. Evan
Noah Purcell
R. July Simpson
Rebecca Ripoli Glasgow
Solicitor General
Washington State Attorney General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Email: noahp@atg.wa.gov
Email: jeffe@atg.wa.gov
Email: RJulyS@atg.wa.gov
Email: RebeccaG@atg.wa.gov

*Attorneys for Defendants*

Mikolaj T. Tempski
Tempski Law Firm PS
40 Lake Bellevue, Suite 100
Bellevue, WA 98005
Email: Miko@TempskiLaw.com

*Attorneys for Plaintiffs*

Signed at Seattle, Washington this 27th day of March, 2015.

_____
Katie Dillon

INTERVENOR-DEFENDANTS' JOINDER IN DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS - 3
(Cause No. 3:14-cv-6026 BHS)

20085 00004 ec274x17qp

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.17500