THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br>　　　　　　　　Defendants,<br><br>and<br><br>CHERYL STUMBO, WASHINGTON ALLIANCE FOR GUN RESPOSIBILITY AND EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594,<br>　　　　　　　　Intervenor-Defendants. | Case No. 3:14-cv-06026 BHS<br><br>**JOINT STATUS REPORT** |

JOINT STATUS REPORT - 1
Case No. 3:14-cv-6026 BHS

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Pursuant to the Court's Order dated January 5, 2015, the parties hereby submit this combined Joint Status Report and Discovery Plan.

## I. Brief Statement of the Nature and Complexity of the Case

This case involves a constitutional challenge to a Washington state law under 42 U.S.C. § 1983 and the Second and Fourteenth Amendments to the Federal Constitution. The case is predominated by legal issues and should not present a complex case.

## II. Proposed Deadline for Joining Additional Parties

The parties propose June 1, 2015 as a deadline for joining additional parties.

## III. Consent to Magistrate Judge

The parties do not consent to the use of a full-time magistrate judge to conduct all proceedings, up to, and including entry of judgment.

## IV. Discovery Plan

### a. Initial Disclosures

The parties anticipate exchanging initial disclosures pursuant to Rule 26(a)(1) on or before April 28, 2015.

### b. Subjects, Timing, and Potential Phasing of Discovery

The parties anticipate that discovery will be conducted on Defendants' enforcement actions and interpretations of I-594. Plaintiffs further anticipate that discovery will be taken as to the drafting of the initiative. The State Defendants and Intervener-Defendants do not agree that discovery of the drafting of the initiative is appropriate. The parties do not anticipate the need to phase discovery.

### c. Electronically Stored Information

The parties anticipate that discovery will be taken on electronically stored information ("ESI").

JOINT STATUS REPORT - 2
Case No. 3:14-cv-6026 BHS

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**d.     Privilege Issues**

The parties anticipate that discovery will be requested on documents that are protected by the attorney/client or work product privilege and anticipate exchanging privilege logs.

**e.     Proposed Limitations on Discovery**

At this time, the parties do not anticipate the need for limitations on discovery.

**f.     The Need (if any) for Discovery Related Orders**

The parties do not anticipate the need for a protective order.

**V.     Parties' Views on all Items in Rule 26(f)(1)**

**a.     Prompt Case Resolution**

Counsel for the parties have discussed settlement and have determined that the case is not amenable to settlement at this time.

**b.     ADR**

The parties do not anticipate they will be able to engage in ADR given the constitutional nature of the claims.

**c.     Related Cases**

The parties are not aware of any related cases.

**d.     Discovery Management**

The parties anticipate the ability to manage discovery on their own and do not at this time anticipate the need for formal discovery management.  The discovery in this case is anticipated to be minimal.

**e.     Anticipated Discovery Sought**

The parties plan on taking discovery related to the enforcement and interpretation of I-594.

JOINT STATUS REPORT - 3
Case No. 3:14-cv-6026 BHS

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

### f. Phasing Motions

The parties anticipate that, if the currently pending motion to dismiss is denied, the State Defendants will bring a motion asking this Court to certify questions of interpretation of the underlying state law to the Washington Supreme Court. Following a response from the state court to the certified questions, one or more motions for summary judgment are likely to resolve the case.

### g. Preservation of Discoverable Information

Counsel for the parties have notified the parties regarding their respective duty to preserve discoverable information.

### h. Privilege Issues

The parties do not believe that there are any unusual privilege issues. The parties anticipate stipulating to an ER 502 agreement.

### i. Model Protocol for Discovery of ESI

The parties anticipate entering into a discovery protocol based, in part, on the Model Protocol for Discovery of ESI.

### j. Alternatives to the Model Protocol

The parties plan to cooperate regarding the discovery of ESI.

## VI. The Date by Which Discovery Can Be Completed

The parties believe that discovery may be completed by July 3, 2015.

## VII. Bifurcation

The parties do not believe bifurcation of the trial is necessary.

## VIII. Need for Pre-Trial Statements Called for by LR 16(e), (h), (i), and (k)

The parties do not agree to dispense with Pre-trial Statements as set forth in the local rules.

JOINT STATUS REPORT - 4
Case No. 3:14-cv-6026 BHS

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

IX. **Views on Local Rules 39.1 (Individualized Trial) and 39.2 (ADR)**

The parties do not consent to the Individualized Trial Program.

X. **Suggestions for Shortening or Simplifying Case**

The parties do not have any suggestions for shortening or simplifying the case.

XI. **Proposed Date Case Will be Ready to Trial**

The parties are currently unable to predict a date by which the case will be ready for trial due to the anticipated motion to certify questions regarding the interpretation of state law to the Washington Supreme Court. The parties anticipate that the case can likely be resolved on summary judgment.

XII. **Jury or Non-Jury Trial**

No party has demanded a trial by jury.

XIII. **Number of Trial Days**

The parties anticipate needing 1-2 days for trial.

XIV. **Names Addresses, and Phone of all Trial Counsel**

| | |
|---|---|
| Trial counsel for Plaintiffs | Steven Fogg, WSBA No. 23528<br>David B. Edwards, WSBA No. 44680<br>1001 Fourth Avenue, Suite 3900<br>Seattle, Washington 98154-1051<br>(206) 625-8600 |
| Trial counsel for the Defendants | Noah G. Purcell, WSBA No. 43492<br>*Solicitor General*<br>R. July Simpson, WSBA No. 45869<br>*Assistant Attorney General*<br>Jeffrey T. Even, WSBA No. 20367<br>*Deputy Solicitor General*<br>Rebecca R. Glasgow, WSBA No. 32886<br>*Deputy Solicitor General*<br><br>Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100 |

JOINT STATUS REPORT - 5
Case No. 3:14-cv-6026 BHS

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

|  | Olympia, WA 98504-0100<br>(360) 753-6200 |
|---|---|
| Trial counsel for the Intervenor-Defendants: | Gregory J. Wong, WSBA No. 39329<br>Paul J. Lawrence, WSBA No. 13557<br>Sarah S. Washburn, WSBA No. 44418<br>Pacifica Law Group, LLP<br>1191 Second Avenue, Suite 2000<br>Seattle Washington 98101-3404<br>(206) 245-1700 |

## XV. Dates Trial Counsel Have Scheduling Difficulties

Plaintiffs' and the State Defendants' Counsel do not have any other trials currently scheduled in the second half of 2015 that would pose a scheduling problem for a trial of the length anticipated here. Intervenor-Defendants' Counsel is unavailable the following dates in the second half of 2015: September 18th-21st, September 28th-October 9th, and November 23rd-December 4th.

## XVI. Status of Service

The defendants have been served. No other parties are awaiting service.

## XVII. Request for Scheduling Conference

The parties do not believe a scheduling conference is necessary.

## XVIII. Corporate Disclosure Statements as Provided by FRCP 7.1 and LCR 7.1

Plaintiffs filed their corporate disclosure statement on December 30, 2014 (ECF No. 2). Intervenor-Defendants filed their corporate disclosure statements on February 23, 2015 (ECF Nos. 20 & 21).

//
//
//
//

JOINT STATUS REPORT - 6
Case No. 3:14-cv-6026 BHS
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | DATED this 15th day of April, 2015. |

| | |
|---|---|
| CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP | OFFICE OF THE ATTORNEY GENERAL |
| /s/ David B. Edwards<br>Steven W. Fogg, WSBA No. 23528<br>David B. Edwards, WSBA No. 44680<br>1001 Fourth Avenue, Suite 3900<br>Seattle, Washington 98154<br>Tel: (206) 625-8600<br>Fax: (206) 625-0900<br>sfogg@corrcronin.com<br>dedwards@corrcronin.com | /s/ Jeffrey T. Even<br>Noah G. Purcell, WSBA No. 43492<br>*Solicitor General*<br>noahp@atg.wa.gov<br>R. July Simpson, WSBA No. 45869<br>*Assistant Attorney General*<br>RJulyS@atg.wa.gov<br>Jeffrey T. Even, WSBA No. 20367<br>*Deputy Solicitor General*<br>jeffe@atg.wa.gov<br>Rebecca R. Glasgow, WSBA No. 32886<br>*Deputy Solicitor General*<br>RebeccaG@atg.wa.gov<br>Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| Mikolaj T. Tempski, WSBA No. 42896<br>Tempski Law Firm, PS<br>40 Lake Bellevue Dr., Suite 100<br>Bellevue, WA 98005<br>miko@tempskilaw.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| PACIFICA LAW GROUP LLP | |
| /s/ Gregory J. Wong<br>Gregory J. Wong, WSBA No. 39329<br>Paul J. Lawrence, WSBA No. 13557<br>Sarah S. Washburn, WSBA No. 44418<br>Pacifica Law Group, LLP<br>1191 Second Avenue, Suite 2000<br>Seattle Washington 98101-3404<br>(206) 245-1700<br>paul.lawrence@pacificalawgroup.com<br>greg.wong@pacificalawgroup.com<br>sarah.washburn@pacificalawgroup.com | |
| *Attorneys for Intervenor-Defendants* | |

JOINT STATUS REPORT - 7
Case No. 3:14-cv-6026 BHS

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am employed at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys for Plaintiffs herein.

2. On April 15, 2015, I filed the foregoing document through the Court's ECF service which will send notification of filing to the following parties indicated below:

Noah G. Purcell, WSBA No. 43492
*Solicitor General*
noahp@atg.wa.gov
R. July Simpson, WSBA No. 45869
*Assistant Attorney General*
RJulyS@atg.wa.gov
Jeffrey T. Even, WSBA No. 20367
*Deputy Solicitor General*
jeffe@atg.wa.gov
Rebecca R. Glasgow, WSBA No. 32886
*Deputy Solicitor General*
RebeccaG@atg.wa.gov
Office of the Attorney General
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100
*Attorneys for Defendants*

Paul J. Lawrence
Gregory J. Wong
Sarah S. Washburn
Pacifica Law Group LLP
1191 Second Avenue, Ste 2000
Seattle, WA  98101-3404
Paul.lawrence@pacificalawgroup.com
Greg.wong@pacificalawgroup.com
Sarah.washburn@pacificalawgroup.com

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED:  April 15, 2015, at Seattle, Washington.

*/s/ Christy A. Nelson*
Christy A. Nelson

JOINT STATUS REPORT - 8
Case No. 3:14-cv-6026 BHS

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900