|   |   |
|---|---|
|   | The Honorable Benjamin H. Settle |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC. , a Washington corporation, PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC. , a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC. , a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, A Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br>                            Plaintiffs,<br>v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br>                            Defendants,<br><br>and<br><br>CHERYL STUMBO, WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY AND EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594,<br>                            Intervenor-Defendants | NO.  3:14-cv-6026 BHS<br><br>STIPULATED MOTION FOR ENTRY OF AGREEMENT REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION<br><br>**Note on Motion Calendar:
April 29, 2015** |

STIPULATED MOTION FOR ENTRY OF
AGREEMENT REGARDING
DISCOVERY OF ELECTRONICALLY
STORED INFORMATION

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

All parties to this action have entered into the attached stipulation for an order regarding the discovery of electronically stored information ("ESI") and disclosure of privileged information in this matter. Defendants accordingly move this Court for entry of the attached stipulated order.

DATED this 29th day of April 2015.

ROBERT W. FERGUSON
  *Attorney General*

s/Jeffrey T. Even
NOAH G. PURCELL, WSBA # 43492
  *Solicitor General*
JEFFREY T. EVEN, WSBA # 20367
REBECCA R. GLASGOW, WSBA # 32886
  *Deputy Solicitors General*
R. JULY SIMPSON, WSBA # 45869
  *Assistant Attorney General*

Attorneys For Defendants Bob Ferguson, Attorney General Of Washington, Washington Attorney General's Office, and John R. Batiste, Chief Of The Washington State Patrol

STIPULATED MOTION FOR ENTRY OF
AGREEMENT REGARDING
DISCOVERY OF ELECTRONICALLY
STORED INFORMATION

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200

## Certificate of Service

I certify, under penalty of perjury under the laws of the state of Washington, that I electronically filed a true and correct copy of the foregoing document with the United States District Court ECF system, which will send notification of the filing to the following:

| | |
|---|---|
| David B. Edwards<br>Steven W. Fogg<br>Corr Cronin Michelson Baumgardner & Preece<br>1001 4th Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>Phone: 206.625.8600<br>dedwards@corrcronin .com<br>sfogg@corrcronin.com | Mikolaj T. Tempski<br>Tempski Law Firm PS<br>40 Lake Bellevue, Suite 100<br>Bellevue, WA 98005<br>Phone: 425.998.6203<br>Email: Miko@TempskiLaw.com |
| Gregory J. Wong<br>Paul J. Lawrence<br>Sarah S. Washburn<br>Pacifica LAw Group, LLP<br>1191 Second Avenue, Suite 2000<br>Seattle Washington 98101-3404<br>paul.lawrence@pacificalawgroup.com<br>greg.wong@pacificalawgroup.com<br>sarah.washburn@pacificalawgroup.com | |

DATED this 29th day of April 2015, at Olympia, Washington.

s/ Stephanie N. Lindey
STEPHANIE N. LINDEY
Legal Secretary

STIPULATED MOTION FOR ENTRY OF
AGREEMENT REGARDING
DISCOVERY OF ELECTRONICALLY
STORED INFORMATION

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
(360) 753-6200