# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, et al.,<br><br>Plaintiff,<br><br>v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity) et al.,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. CV14-6026BHS |

\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendant's Motion to Dismiss is GRANTED.

Dated May 8, 2015.

                                      William M. McCool
                                      Clerk of Court

                                      s/
                                      Gretchen Craft, Deputy Clerk