THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br>　　　　　　　Defendants,<br><br>and<br><br>CHERYL STUMBO, WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY AND EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594,<br>　　　　　　　Intervenor-Defendants. | Case No. 3:14-cv-06026 BHS<br><br>**NOTICE OF APPEAL** |

NOTICE OF APPEAL - 1
(Case No. 3:14-cv-06026 BHS)

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  Notice is hereby given that Northwest School of Safety, Puget Sound Security, Inc., Pacific Northwest Association of Investigators, Inc., Firearms Academy of Seattle, Inc., Darryl Lee, Xee Del Real, Joe Waldron, Gene Hoffman, Andrew Gottlieb, Alan Gottlieb, Gottlieb Family Revocable Living Trust, and Second Amendment Foundation, Plaintiffs herein, seek review by the United States Court of Appeals for the Ninth Circuit of the Order Granting Defendants' Motion to Dismiss entered on May 7, 2015 (ECF No. 37) ("Order"), and all other orders and rulings of the United States District Court prejudicially affecting the Order.

DATED this 5th day of June, 2015.

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP


   */s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
David B. Edwards, WSBA No. 44680
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Tel: (206) 625-8600
Fax: (206) 625-0900
Email:   sfogg@corrcronin.com
         dedwards@corrcronin.com


Mikolaj T. Tempski, WSBA No. 42896
Tempski Law Firm, PS
40 Lake Bellevue Dr., Suite 100
Bellevue, WA 98005
Tel: (425) 998-6203
Email:   miko@tempskilaw.com

Attorneys for Plaintiffs

NOTICE OF APPEAL - 2
(Case No. 3:14-cv-06026 BHS)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

The undersigned certifies as follows:

1. I am employed at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys for Plaintiffs herein.

2. On this date, I filed the foregoing document through the Court's ECF service which will send notification of filing to the following parties indicated below:

| | |
|---|---|
| Noah G. Purcell, WSBA No. 43492<br>*Solicitor General*<br>noahp@atg.wa.gov<br>R. July Simpson, WSBA No. 45869<br>*Assistant Attorney General*<br>RJulyS@atg.wa.gov<br>Jeffrey T. Even, WSBA No. 20367<br>*Deputy Solicitor General*<br>jeffe@atg.wa.gov<br>Rebecca R. Glasgow, WSBA No. 32886<br>*Deputy Solicitor General*<br>RebeccaG@atg.wa.gov<br>Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>*Attorneys for Defendants* | Paul J. Lawrence, WSBA No. 13557<br>Gregory J. Wong, WSBA No. 39329<br>Sarah S. Washburn, WSBA No. 44418<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101-3404<br>Paul.lawrence@pacificalawgroup.com<br>Greg.wong@pacificalawgroup.com<br>Sarah.washburn@pacificalawgroup.com<br>*Attorneys for Intervenor-Defendants* |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: June 5, 2015, at Seattle, Washington.

*/s/ Christy A. Nelson*
Christy A. Nelson

NOTICE OF APPEAL - 3
(Case No. 3:14-cv-06026 BHS)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900