THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br>               Plaintiffs,<br><br>         v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br>               Defendants,<br><br>and<br><br>CHERYL STUMBO, WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY AND EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594,<br>               Intervenor-Defendants. | Case No. 3:14-cv-06026 BHS<br><br>**REPRESENTATION STATEMENT** |

REPRESENTATION STATEMENT - 1
(Case No. 3:14-cv-06026 BHS)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Pursuant to FRAP 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs Northwest School of Safety, Puget Sound Security, Inc., Pacific Northwest Association of Investigators, Inc., Firearms Academy of Seattle, Inc., Darryl Lee, Xee Del Real, Joe Waldron, Gene Hoffman, Andrew Gottlieb, Alan Gottlieb, Gottlieb Family Revocable Living Trust, and Second Amendment Foundation hereby identify the parties to this action and their respective counsel on appeal:

Steven W. Fogg, WSBA No. 23528
David B. Edwards, WSBA No. 44680
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Phone:      (206) 625-8600
Fax:        (206) 625-0900
Email:      sfogg@corrcronin.com
            dedwards@corrcronin.com

Mikolaj T. Tempski, WSBA No. 42896
Tempski Law Firm, PS
40 Lake Bellevue Dr., Suite 100
Bellevue, WA 98005
Phone:      (425) 998-6203
Fax:        (425) 451-3959
Email:      miko@tempskilaw.com

Donald E. J. Kilmer, Jr., SBN N. 179986
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
Phone:      (408) 264-8489
Fax:        (408) 264-8487
Email:      Don@DKLawOffice.com

*Attorneys for Plaintiffs*

Noah G. Purcell, WSBA No. 43492
*Solicitor General*
noahp@atg.wa.gov

R. July Simpson, WSBA No. 45869
*Assistant Attorney General*
RJulyS@atg.wa.gov

Jeffrey T. Even, WSBA No. 20367
*Deputy Solicitor General*
jeffe@atg.wa.gov

Rebecca R. Glasgow, WSBA No. 32886
*Deputy Solicitor General*
RebeccaG@atg.wa.gov

Office of the Attorney General
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100
Phone:      (360) 753-6200
Fax:        (360) 664-2963

*Attorneys for Defendants*

REPRESENTATION STATEMENT - 2
(Case No. 3:14-cv-06026 BHS)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | Paul J. Lawrence, WSBA No. 13557 |
| 2 | Gregory J. Wong, WSBA No. 39329 |
|   | Sarah S. Washburn, WSBA No. 44418 |
| 3 | Pacifica Law Group LLP |
|   | 1191 Second Avenue, Suite 2000 |
| 4 | Seattle, WA  98101-3404 |
|   | Phone:        (206) 245-1700 |
| 5 | Fax:             (206) 245-1750 |
|   | Emai: |
| 6 | Paul.lawrence@pacificalawgroup.com |
|   | Greg.wong@pacificalawgroup.com |
| 7 | Sarah.washburn@pacificalawgroup.com |

*Attorneys for Intervenor-Defendants*

DATED this 5th day of June, 2015.

> CORR CRONIN MICHELSON
> BAUMGARDNER FOGG & MOORE LLP
>
>  */s/ Steven W. Fogg*
> Steven W. Fogg, WSBA No. 23528
> David B. Edwards, WSBA No. 44680
> 1001 Fourth Avenue, Suite 3900
> Seattle, Washington 98154
> Tel: (206) 625-8600
> Fax: (206) 625-0900
> Email:     sfogg@corrcronin.com
>                 dedwards@corrcronin.com
>
> Mikolaj T. Tempski, WSBA No. 42896
> Tempski Law Firm, PS
> 40 Lake Bellevue Dr., Suite 100
> Bellevue, WA 98005
> Email:     miko@tempskilaw.com
>
> Attorneys for Plaintiffs

REPRESENTATION STATEMENT - 3
(Case No. 3:14-cv-06026 BHS)

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am employed at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys for Plaintiffs herein.

2. On this date, I filed the foregoing document through the Court's ECF service which will send notification of filing to the following parties indicated below:

| | |
|---|---|
| Noah G. Purcell, WSBA No. 43492<br>*Solicitor General*<br>noahp@atg.wa.gov<br>R. July Simpson, WSBA No. 45869<br>*Assistant Attorney General*<br>RJulyS@atg.wa.gov<br>Jeffrey T. Even, WSBA No. 20367<br>*Deputy Solicitor General*<br>jeffe@atg.wa.gov<br>Rebecca R. Glasgow, WSBA No. 32886<br>*Deputy Solicitor General*<br>RebeccaG@atg.wa.gov<br>Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>*Attorneys for Defendants* | Paul J. Lawrence<br>Gregory J. Wong<br>Sarah S. Washburn<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101-3404<br>Paul.lawrence@pacificalawgroup.com<br>Greg.wong@pacificalawgroup.com<br>Sarah.washburn@pacificalawgroup.com<br>*Attorneys for Intervenor-Defendants* |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: June 5th, 2015, at Seattle, Washington.

*/s/ Christy A. Nelson*
Christy A. Nelson

REPRESENTATION STATEMENT - 4
(Case No. 3:14-cv-06026 BHS)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900