THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST SCHOOL OF SAFETY, a Washington sole proprietorship, PUGET SOUND SECURITY, INC., a Washington corporation, PACIFIC NORTHWEST ASSOCIATION OF INVESTIGATORS, INC., a Washington corporation, FIREARMS ACADEMY OF SEATTLE, INC., a Washington corporation, DARRYL LEE, XEE DEL REAL, JOE WALDRON, GENE HOFFMAN, ANDREW GOTTLIEB, ALAN GOTTLIEB, GOTTLIEB FAMILY REVOCABLE LIVING TRUST, a Washington trust, and SECOND AMENDMENT FOUNDATION, a non-profit organization,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BOB FERGUSON, Attorney General of Washington (in his official capacity), WASHINGTON ATTORNEY GENERAL'S OFFICE, and JOHN R. BATISTE, Chief of the Washington State Patrol (in his official capacity), and DOES I-V,<br>　　　　　　　Defendants,<br><br>and<br><br>CHERYL STUMBO, WASHINGTON ALLIANCE FOR GUN RESPONSIBILITY AND EVERYTOWN FOR GUN SAFETY ACTION FUND FOR I-594,<br>　　　　　　　Intervenor-Defendants. | Case No. 3:14-cv-06026 BHS<br><br>**PLAINTIFFS' NOTICE RE TRANSCRIPT ON APPEAL** |

PLAINTIFFS' NOTICE RE TRANSCRIPT ON APPEAL - 1
(Case No. 3:14-cv-06026 BHS)

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1   Pursuant to Ninth Circuit Court Rule 10-3.1(c), Plaintiffs hereby give notice to the Court

2   that no transcripts will be ordered for this appeal because no oral argument was held.

3   DATED this 19th day of June, 2015.

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP


 */s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
David B. Edwards, WSBA No. 44680
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Tel: (206) 625-8600
Fax: (206) 625-0900
Email:   sfogg@corrcronin.com
         dedwards@corrcronin.com


Mikolaj T. Tempski, WSBA No. 42896
Tempski Law Firm, PS
40 Lake Bellevue Dr., Suite 100
Bellevue, WA 98005
Tel: (425) 998-6203
Email:   miko@tempskilaw.com

Attorneys for Plaintiffs

PLAINTIFFS' NOTICE RE TRANSCRIPT ON APPEAL - 2
(Case No. 3:14-cv-06026 BHS)

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE** LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am employed at Corr Cronin Michelson Baumgardner Fogg & Moore LLP, attorneys for Plaintiffs herein.

2. On this date, I filed the foregoing document through the Court's ECF service which will send notification of filing to the following parties indicated below:

| | |
|---|---|
| Noah G. Purcell, WSBA No. 43492<br>*Solicitor General*<br>noahp@atg.wa.gov<br>R. July Simpson, WSBA No. 45869<br>*Assistant Attorney General*<br>RJulyS@atg.wa.gov<br>Jeffrey T. Even, WSBA No. 20367<br>*Deputy Solicitor General*<br>jeffe@atg.wa.gov<br>Rebecca R. Glasgow, WSBA No. 32886<br>*Deputy Solicitor General*<br>RebeccaG@atg.wa.gov<br>Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>*Attorneys for Defendants* | Paul J. Lawrence, WSBA No. 13557<br>Gregory J. Wong, WSBA No. 39329<br>Sarah S. Washburn, WSBA No. 44418<br>Pacifica Law Group LLP<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101-3404<br>Paul.lawrence@pacificalawgroup.com<br>Greg.wong@pacificalawgroup.com<br>Sarah.washburn@pacificalawgroup.com<br>*Attorneys for Intervenor-Defendants* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 19th, 2015, at Seattle, Washington.

*/s/ Christy A. Nelson*
Christy A. Nelson

PLAINTIFFS' NOTICE RE TRANSCRIPT ON APPEAL - 3
(Case No. 3:14-cv-06026 BHS)

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900